EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Juan Gerardo Colón Rivera | 2014 TSPR 63<br><br>190 DPR ____ |

Número del Caso:       AB-2006-279
                       TS-13,693


Fecha: 8 de mayo de 2014


Abogado del Peticionario:

               Lcdo. Carlos J. Perazza Martínez


Materia: Reinstalación al Ejercicio de la Abogacía y la Notaría


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Juan Gerardo Colón Rivera

**Núm.:AB-2006-279**

**TS-13,693**

*Queja*

## RESOLUCIÓN

En San Juan, Puerto Rico, a 8 de mayo de 2014.

Atendida la "Moción Asumiendo Representación Legal y en Solicitud de Reinstalación de Juan G. Colón Rivera a la Práctica Legal", se declara *Ha Lugar*. Por consiguiente, se **reinstala** al Lcdo. Juan G. Colón Rivera a la práctica de la abogacía y la notaría.

Además, se ordena el **archivo** de las quejas **AB-2006-0295 (Q-2006-100)**, **AB-2007-27** y **AB-2007-75**.

Publíquese.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo. La Jueza Presidenta Interina señora Fiol Matta no intervino.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo